**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 20-6089**

—————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

IZELL DELOREAN GRISSETT, JR., a/k/a Buddy,

Defendant - Appellant.

—————

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:13-cr-00134-JFA-2; 3:16-cv-02587-JFA)

—————

Submitted:  July 21, 2020                              Decided:  July 23, 2020

—————

Before AGEE, DIAZ, and HARRIS, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Izell Delorean Grissett, Jr., Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Izell Delorean Grissett, Jr., seeks to appeal the district court's orders denying relief on his 28 U.S.C. § 2255 (2018) motion and motion to reconsider. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B) (2018). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2018). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 137 S. Ct. 759, 773-74 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the motion states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Grissett has not made the requisite showing. Accordingly, we deny his motions for a certificate of appealability and to amend, and we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*